UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| MARK FULTZ, Individually, | ) | CA No.: 2:20-CV-02987-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -versus- | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| HOSPITALITY SOUTH, LLC | ) | |
| a South Carolina Limited Liability | ) | |
| Company, | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the Plaintiff, with the consent of the Defendant, and stipulates that all claims that were that could have been asserted between the parties arising out of matters in the Complaint are ended and dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The dismissal is with prejudice and each party shall bear their own attorney fees and costs.

Dated this 22nd day of November 2021

/s/Vanessa A. Richardson
Vanessa A. Richardson, Fed. ID# 9748
VAR Law Firm, LLC
PO Box 80969
Simpsonville, SC 29680
Phone: 843-520-6452
varlawfirm@gmail.com
and
Lawrence A. Fuller, *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Phone: (305) 891-5199
lfuller@fullerfuller.com

**ATTORNEYS FOR PLAINTIFF**

/s/Allan R. Holmes
Allan R. Holmes, Fed. ID# 1925
Rebecca J. Wolfe, Fed ID# 12634
Gibbs & Holmes
171 Church Street, Suite 110
Charleston, SC 29401
Phone: 843-722-0033
aholmes@gibbs-holmes.com
rwolfe@gibbs-holmes.com

**ATTORNEYS FOR DEFENDANT**